UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 02-210 DSD |
| | ) | |
| v. | ) | MOTION TO WITHDRAW AND FOR |
| | ) | APPOINTMENT OF SUBSTITUTE |
| DERMONT LADALE BROUSSARD, | ) | COUNSEL |
| | ) | |
| Defendant. | ) | |

Comes now Douglas Olson, appointed counsel for Dermont Ladale Broussard, and hereby moves the Court to allow counsel to withdraw from the defendant's representation and that substitute counsel be appointed to represent the defendant in the above proceedings.

Therefore, counsel requests that the Court grant this motion to withdraw and that Mark Nyvold, a member of the Criminal Justice Act Panel be appointed to represent the defendant.

Dated: July 24, 2008

Respectfully submitted,

***s/Douglas Olson***

DOUGLAS OLSON
Attorney ID No. 169067
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415